# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| EUSEBIO AVILES, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:21-cv-43 |
| | * | |
| v. | * | |
| | * | |
| FNU DUNBAR, | * | |
| | * | |
| Respondent. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 15. Petitioner Eusebio Aviles ("Aviles") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Aviles' 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus for failure to follow a Court Order, **GRANTS as unopposed** Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of

AO 72A
(Rev. 8/82)

dismissal, and **DENIES** Aviles *in forma pauperis* status on appeal.

**SO ORDERED**, this __13__ day of __September__, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA